UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN NIEBLES and FAISURY
NIEBLES,

      Plaintiffs,

v.                                                             Case No:  2:14-cv-719-FtM-38CM

ROETZEL & ANDRESS,

      Defendant.

_____

## ORDER

Before the Court is Plaintiffs' Motion to Recover Second Fee Paid for Special Admission of Blake Atkinson (Doc. 23), filed on October 1, 2015.  On May 11, 2015 Blake Atkinson submitted a check to the Court for $150.00 for payment of the Special Appearance Fee.  Doc. 23 at 1.  Subsequently, on June 1, 2015, Attorney Atkinson mistakenly sent a second payment of $150.00 for the Special Appearance Fee.  *Id.* Plaintiffs seek reimbursement of the second payment.  *Id.* at 2.  Because the payment was sent in error, the Court grants Plaintiffs' motion.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    Plaintiff's Motion to Recover Second Fee Paid for Special Admission of Blake Atkinson (Doc. 23) is **GRANTED**.

2.    The Clerk is directed to issue a refund of $150.00 to Plaintiffs for the duplicate payment of the Special Appearance Fee.

**DONE** and **ORDERED** in Fort Myers, Florida on this 7th day of October, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record